IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LEE CAESAR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOE McGRATH, Warden,<br><br>　　　　Respondent. | No. C 02-5449 SBA (pr)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

　　　IT IS SO ORDERED.

DATED: February 9, 2006

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge